DRW,MDL,PAT/TRADE

# U.S. District Court
# Western District of Pennsylvania (Pittsburgh)
# CIVIL DOCKET FOR CASE #: 2:26−cv−01736−NR

Valtrus Innovations Ltd et al v. Continental Broadband, LLC
Assigned to: Judge J. Nicholas Ranjan
related Case: 2:26−cv−01734−NR
Case in other court: MDL, 3190
Cause: 35:271 Patent Infringement

Date Filed: 08/18/2026
Jury Demand: None
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Valtrus Innovations Ltd.**

represented by **Antoinette C. Oliver**
Meyer, Unkovic & Scott LLP
1300 Oliver Building
Pittsburgh, PA 15222
412−456−2851
Fax: 412−456−4570
Email: aco@muslaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Key Patent Innovations Ltd.**

represented by **Antoinette C. Oliver**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CONTINENTAL BROADBAND, LLC**
*doing business as*
EXPEDIENT

| Date Filed | # | Docket Text |
|---|---|---|
| 08/18/2026 | Ï 1 | **COMPLAINT** against Continental Broadband, (Filing fee, including Administrative fee, $405, receipt number APAWDC−9811036), filed by Valtrus Innovations Ltd, Key Patent Innovations Ltd.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Civil Cover Sheet) (Oliver, Antoinette) Modified text on 8/20/2026 to remove alias from party name. (ept) (Entered: 08/18/2026) |
| 08/18/2026 | Ï 2 | NOTICE *OF RELATED CASES* by Key Patent Innovations Ltd., Valtrus Innovations Ltd (Oliver, Antoinette). Document removed from view, Errata filed at 6 . Modified text on 8/21/2026. (dmh) (Entered: 08/18/2026) |
| 08/18/2026 | Ï 3 | Disclosure Statement identifying New PP Licensing LLC as corporate parent or other affiliate by Key Patent Innovations Ltd., Valtrus Innovations Ltd. (Oliver, Antoinette). Document removed from view and refiled as an Errata at 5 . Modified text on 8/21/2026. (dmh) (Entered: 08/18/2026) |

| | | |
|---|---|---|
| 08/19/2026 | Ï | Judge David S. Cercone added. (dmh) (Entered: 08/19/2026) |
| 08/19/2026 | Ï 4 | PATENT/TRADEMARK DOCUMENTS ISSUED. (Attachments: # 1 Docket Sheet, # 2 Complaint, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10) (dmh) (Entered: 08/19/2026) |
| 08/19/2026 | Ï 5 | Errata re 3 Disclosure Statement by Key Patent Innovations Ltd., Valtrus Innovations Ltd.. Reason for Correction: Added case number to the filing. (Oliver, Antoinette) (Entered: 08/19/2026) |
| 08/19/2026 | Ï 6 | Errata re 2 Notice *of Related Cases* by Key Patent Innovations Ltd., Valtrus Innovations Ltd.. Reason for Correction: Added case number to the document. (Oliver, Antoinette) (Entered: 08/19/2026) |
| 08/19/2026 | Ï 7 | EXHIBITS *11* in Support of 1 COMPLAINT, by Key Patent Innovations Ltd., Valtrus Innovations Ltd.. (Oliver, Antoinette) (Entered: 08/19/2026) |
| 08/19/2026 | Ï 8 | PRAECIPE to Issue Summons by Key Patent Innovations Ltd., Valtrus Innovations Ltd. (Oliver, Antoinette) (Entered: 08/19/2026) |
| 08/19/2026 | Ï | **CLERK'S REQUEST FOR CORRECTIVE ACTION** re 8 Praecipe to Issue Summons.<br><br>ERROR: The summons(es) was(were) filed as the main document.<br><br>**CORRECTION REQUIRED: Filer to refile the document with a Praecipe to Issue/Reissue Summons as the main document and the properly filled out summons(es) as an attachment(s) to the Praecipe, using the Praecipe to Issue Summons/Reissue Summons event.** (kss) (Entered: 08/19/2026) |
| 08/19/2026 | Ï 9 | PRAECIPE to Issue Summons by Key Patent Innovations Ltd., Valtrus Innovations Ltd. (Attachments: # 1 Summons) (Oliver, Antoinette) (Entered: 08/19/2026) |
| 08/24/2026 | Ï 10 | Summons Issued as to CONTINENTAL BROADBAND, LLC (jd) (Entered: 08/24/2026) |
| 08/24/2026 | Ï 11 | ORDER REASSIGNING CASE. The Clerk of Court is directed to reassign this case to another member of the court for all further proceedings. Judge David S. Cercone no longer assigned to case. Signed by Judge David S. Cercone on 8/24/26. Text−only entry; no PDF document will issue. This text−only entry constitutes the Order of the Court or Notice on the matter. (mwm) (Entered: 08/24/2026) |
| 08/24/2026 | Ï | Judge J. Nicholas Ranjan added. (bjr) (Entered: 08/24/2026) |
| 09/04/2026 | Ï 12 | Conditional Transfer Order received from the Judicial Panel on Multi−District Litigation. (bmh) (Entered: 09/04/2026) |
| 09/04/2026 | Ï 13 | Certified Copy of Conditional Transfer Order received from EASTERN District of TEXAS. (bmh) (Entered: 09/04/2026) |